UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

KIMBERLEY NICOLE BUSH                                Chapter 13
                    Debtor

DITECH FINANCIAL, LLC                                Case No. 17-12256-KHK
                    Movant

    v.

Kimberley Nicole Bush
and
Thomas P. Gorman, Trustee,

## ANSWER AND REPORT OF TRUSTEE
## TO RELIEF FROM STAY MOTION

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1) The Plan of this Chapter 13 Case was confirmed by the Court on February 13, 2018, and provides for payment of the Secured Creditor's claim as follows,

   (a) Pre-petition arrearage claim of $38,113.22 by monthly installments of $0.00 including 0.000% from the payments made under this confirmed Plan.
   (b) Post-petition regular monthly payments directly by the Debtor.

(2) No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

(3)   No payments have been made on the arrearage claim of this Secured creditor for reason of the failure of the Secured Creditor to file a Proof of Claim setting forth the amount of its claim.  A periodic report of the accounts of this Chapter 13 case is attached for reference by the parties to this action and the Court; and that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.


Date:   July 15, 2019                                      ___/s/ Thomas P. Gorman_____
                                                           Thomas P. Gorman
                                                           Chapter 13 Trustee
                                                           300 N. Washington Street, Ste. 400
                                                           Alexandria, VA 22314
                                                           (703) 836-2226
                                                           VSB 26421


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 15th day of July, 2019.


                                                           _/s/Thomas P. Gorman _____
                                                           Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 07/15/2019

CASE NO: 17-12256-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-2848
BUSH, KIMBERLEY NICOLE
AKA:
4612 COTTONWOOD PLACE
ALEXANDRIA, VA 22310

DATE FILED: 06/30/2017
CONFIRMED: 02/13/2018
LATEST 341: 08/08/2017
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 07/2017
ON SCHEDULE: 39,510.00
ACTUAL PAYMENTS: 39,510.00
AMOUNT BEHIND: 0.00

ATTORNEY: GREGORY M. WADE, ESQ.
616 N. WASHINGTON ST.
ALEXANDRIA, VA 22314
Phone: 703 836-9030 Fax: 703 683-1543

SCHEDULE: 2,750.00 MONTHLY
TOTAL PAID: 39,510.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 07/08/19 | PC | 2,000.00 |
| 06/04/19 | PC | 2,000.00 |
| 05/02/19 | PC | 2,000.00 |
| 04/02/19 | PC | 2,000.00 |
| 03/04/19 | PC | 2,000.00 |
| 02/01/19 | PC | 2,000.00 |
| 01/23/19 | PC | 2,000.00 |
| 01/15/19 | RETURNED FUNDS | (2,000.00) NSF |
| 01/10/19 | PC | 2,000.00 |
| 12/04/18 | PC | 2,000.00 |
| 11/05/18 | PC | 2,000.00 |
| 10/02/18 | PC | 2,000.00 |
| 09/04/18 | PC | 2,000.00 |
| 07/30/18 | PC | 2,000.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO 06/2019 | PRI 100.00 | | 0.00 0.00 | 102,394.14 44,467.00 | 34,898.46 34,898.46 | 31,562.31 0.00 | 3,336.15 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS 100.00 | | 0.00 0.00 | 65,621.48 0.00 | 67,495.68 67,495.68 | 0.00 0.00 | 67,495.68 0.00 |
| 002 | VATAX | VIRGINIA DEPT. OF TAXATION Split Claim | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 19,340.16 19,340.16 | 0.00 0.00 | 19,340.16 0.00 |
| 002 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO 06/2019 | PRI 100.00 | | 0.00 0.00 | 23,187.41 12,558.00 | 3,847.25 3,847.25 | 3,479.47 0.00 | 367.78 0.00 |
| 003 | 345329 | DITECH FINANCIAL, LLC NO CLAIM FILED / DUMMY CLAIM | PRO | SEC 100.00 | | 0.00 0.00 | 0.00 38,113.22 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 004 | 346435 | ENHANCED RECOVERY | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 452.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 005 | 346085 | VERIZON BY AMERICAN INFOSOURCE L UNLISTED-ALLOW AND PAY | PRO | UNS 100.00 | | 0.00 0.00 | 111.41 0.00 | 111.41 111.41 | 0.00 0.00 | 111.41 0.00 |
| 006 | LVNV | LVNV FUNDING LLC. UNLISTED - HSBC BANK-ALLOW AND PA | PRO | UNS 100.00 | | 0.00 0.00 | 1,115.58 0.00 | 1,115.58 1,115.58 | 0.00 0.00 | 1,115.58 0.00 |
| 799 | WADE | GREGORY M. WADE, ESQ. | PRO | ATY 100.00 | | 0.00 0.00 | 2,750.00 2,750.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 2,538.22 | 2,538.22 | |
| | | TOTALS: | | | | 0.00 0.00 | 195,180.02 98,340.22 | 129,346.76 129,346.76 | 37,580.00 0.00 | 91,766.76 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 2,750.00 | 57,025.00 | 38,113.22 | 452.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 0.00 | 38,745.71 | 0.00 | 88,062.83 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 35,041.78 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 3,703.93 | 0.00 | 88,062.83 | 0.00 | DUE CREDITORS: | 91,766.76 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 3,743.20 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 1,930.00 |
| BALANCE DUE: | 0.00 | 0.00 | 3,703.93 | 0.00 | 88,062.83 | 0.00 | APPROX BALANCE: | 93,579.96 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                                               Case Maintenance 10.5